# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MAURY A. SINGER,

    Plaintiff(s),

v.

DWIGHT NEVEN, et al.,

    Defendant(s).

Case No.: 2:18-cv-01357-GMN-NJK

**ORDER**

An Inmate Early Mediation was held on August 23, 2019, the minutes of proceeding for which reflect that a settlement was reached. Docket No. 10. On August 27, 2019, attorney Charles Hopper filed a status report indicating that no settlement was reached. Docket No. 11 at 2. Mr. Hopper is **ORDERED** to file a notice, by September 13, 2019, clarifying whether a settlement was in fact reached.[1]

IT IS SO ORDERED.

Dated: September 10, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] To the extent that a settlement was reached, nothing herein alters the deadline to file dismissal papers by September 23, 2019. *See* Docket No. 10.

1