# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURY A. SINGER,<br><br>    Plaintiff(s),<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-01357-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

An Inmate Early Mediation was held on August 23, 2019, at which a settlement was reached. Docket No. 10. The deadline to file dismissal papers was set for September 23, 2019. *Id.*

On September 23, 2019, attorney Charles Hopper filed a motion to extend that deadline by 60 days. Docket No. 14. The gist of the motion is that Mr. Hopper has prioritized his other work obligations over the routine task of drafting a settlement agreement in this case. *See id.* The Court appreciates that attorneys are busy and have competing demands on their time. That Mr. Hopper has completed filings such as check-box form status reports in other cases, *see* Docket No. 14-1 at ¶ 3, does not translate into a legitimate need for 90 days to draft a settlement agreement and file dismissal papers. Mr. Hopper is hereby **ORDERED** to draft a settlement agreement by September 26, 2019. Mr. Hopper must immediately send that draft settlement agreement to Plaintiff and file a proof of service by September 27, 2019. Dismissal papers must be filed by October 24, 2019.

1

Consistent with the above, the motion for extension is **GRANTED** in part and **DENIED** in part.

IT IS SO ORDERED.

Dated: September 24, 2019

_____
Nancy J. Koppe
United States Magistrate Judge