# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURY A. SINGER, | Case No.: 2:18-cv-01357-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 20] |
| DWIGHT NEVEN, et al., | |
| Defendant(s). | |

Based on the representation that a settlement was reached at the inmate early mediation, the Court ordered that dismissal papers be filed by October 24, 2019. *See* Docket No. 15. Pending before the Court now is a motion to vacate that deadline given that the parties dispute whether a settlement was reached. Docket No. 20. That motion to vacate is **GRANTED**. Defendants must file the referenced motion to enforce settlement by November 5, 2019.[1]

IT IS SO ORDERED.

Dated: October 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court expresses no opinion herein on whether an enforceable settlement was reached.