**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURY A. SINGER, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DWIGHT NEVEN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:18-cv-01357-GMN-NJK <br><br> **ORDER** |

     Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Nancy Koppe, (ECF No. 25), which states that Defendants' Motion to Enforce Settlement, (ECF No. 22), should be granted, that Plaintiff Maury Singer's ("Plaintiff") pending applications to proceed in forma pauperis, (ECF Nos. 4, 18), should be denied as moot, and that judgment should be entered accordingly.

     A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). "Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed." *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 25), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendants' Motion to Enforce Settlement, (ECF No. 22), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motions/Applications to Proceed in Forma Pauperis, (ECF Nos. 4, 18), are **DENIED as moot**.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this __10__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court